UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA EILLEEN CAIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 16-cv-12163-IT |
| | * |
| NANCY A. BERRYHILL, | * |
| ACTING COMMISSIONER OF | * |
| SOCIAL SECURITY, | * |
| | * |
| Defendant. | * |

ORDER

December 1, 2017

TALWANI, D.J.

Pending before this court are Plaintiff's Motion for Order Reversing the Decision of the Commissioner [#23] and Defendant's Motion for Order Affirming the Decision of the Commissioner [#27]. The case was referred to a Magistrate Judge, who entered a Report and Recommendation [#35] recommending that Defendant's motion be allowed and Plaintiff's motion be denied. The Report and Recommendation [#35] notified the parties that they had fourteen days to file objections. No objections have been filed.

Accordingly, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#35]. Defendant's Motion [#27] is ALLOWED and Plaintiff's Motion [#23] is DENIED.

IT IS SO ORDERED.

              /s/ Indira Talwani
              United States District Judge